Schottenstein Pain & Neuro, PLLC v Travelers Indem. Co. of Conn. (2021 NY Slip
Op 50156(U))

[*1]

Schottenstein Pain & Neuro, PLLC v Travelers Indem. Co. of
Conn.

2021 NY Slip Op 50156(U) [70 Misc 3d 142(A)]

Decided on February 26, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on February 26, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, WAVNY TOUSSAINT, JJ

2019-883 K C

Schottenstein Pain & Neuro, PLLC, as
Assignee of Zheng Hua, Respondent,
against
Travelers Indemnity Company of Connecticut, Appellant.

Law Office of Tina Newsome-Lee (Michael J. Rivers of counsel), for appellant.
Law Offices of Ilona Finkelshteyn, P.C., for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Odessa
Kennedy, J.), entered March 11, 2019. The order granted plaintiff's motion for summary
judgment and denied defendant's cross motion for summary judgment dismissing the
complaint.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from an order of the Civil Court entered March 11, 2019 which, applying New York law,
granted plaintiff's motion for summary judgment and denied defendant's cross motion for
summary judgment dismissing the complaint. The order states, in part, that "the injured party is a
New York resident, who obtained treatment, which is the basis of the instant action, from
medical providers in New York. The only connection of the instant matter to New Jersey is the
location of the incident." Defendant's sole appellate contention is that the Civil Court should
have found that the law of New Jersey controlled.
For the reasons stated in
Schottenstein Pain & Neuro, PLLC v Travelers Ins. Co. (70 Misc 3d 131[A], 2020
NY Slip Op 51549[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2020]), the order is
affirmed.
ALIOTTA, P.J., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: February 26, 2021